**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:23–cr–00422 |
| | § | |
| Joseph Roy Gomez | § | |

## ORDER OF DETENTION PENDING HEARING

A hearing in this case is scheduled as follows:

Status Conference
September 27, 2023 at 10:00 AM
Courtroom 700
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: September 25, 2023

Yvonne Y. Ho
United States Magistrate Judge