**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 4:23-cr-00422 |
| | § | |
| JOSEPH ROY GOMEZ | § | |

**DEFENDANT JOSEPH ROY GOMEZ'S MOTION FOR DISCOVERY AND INSPECTION**

TO THE HONORABLE JUDGE:

The United States has provided the defense with discovery. Nevertheless, certain evidence has not been provided as of this date such as Giglio material or any notice of the government's intent to offer 404(b) evidence. The defense has particularly requested audio and video of the relevant event. Therefore, in an abundance of caution, **JOSEPH ROY GOMEZ** respectfully requests this Honorable Court, according to Rule 16 of the Federal Rules of Criminal Procedure and the Fourth, Fifth, Sixth, and Fourteenth Amendments to the Constitution of the United States, order the Government to produce for inspection and copying the following, which are known, or reasonably believed, to be or are in the possession of, the Government or any of its agents, or which through due diligence would become known from the investigating officers or witnesses or persons having knowledge of this case.

A. OTHER STATEMENTS OF THE DEFENDANT

1. Discovery of statements or confessions of **JOSEPH ROY GOMEZ** under Rule 16(a)(1), Federal Rules of Criminal Procedure, should include not only written or recorded statements made by **JOSEPH ROY GOMEZ** to Government agents, but to other individuals as well. *Davis v. United States*, 413 F.2d 1226, 1230-1231 (5th Cir. 1969); *United States v. Viserto*, 596 F.2d 531, 538, 4 Fed. R. Evid. Serv. 32 (2d Cir. 1979).

2. Discovery of **JOSEPH ROY GOMEZ'S** statements under Rule 16(a)(1) should include not only verbatim statements made by **JOSEPH ROY GOMEZ**, but also any summaries or Government reports, notes, or interviews setting out the substance of **JOSEPH ROY GOMEZ'S** statements or statements attributable to him. *United States v. Fioravanti*, 412 F.2d 407, 411-412 n.12 (3d Cir. 1969); *United States v. Jefferson*, 445 F.2d 247, 250 (D.C. Cir. 1971).

3. Even if the oral statement is made to a third party who then makes a statement to the Government, the substance of **JOSEPH ROY GOMEZ'S** statement should be discoverable. *United States v. Thevis*, 84 F.R.D. 47, 55-56 (N.D. Ga. 1979). Although the Jencks Act requires that statements by third parties to the Government be produced before cross examination by the Defendant's attorney, there is authority to allow the Court to order such production earlier, even before trial. *Id. Davis v United States*, 413 F.2d at 1230-1231 (recordings of a

conversation between a defendant and a government informant held to be a statement of the defendant and discoverable).

B. CRIMINAL RECORD OF **JOSEPH ROY GOMEZ**

1. Rule 16(a)(1)(B), Fed. R. Crim. P., requires in mandatory terms the production by the Government of **JOSEPH ROY GOMEZ'S** prior criminal record if any.

C. TANGIBLE OBJECTS

1. Rule 16(a)(1)(C), Federal Rules of Criminal Procedure, authorizes the discovery of all books, papers, documents, and tangible objects in the possession or control of the Government. The tangible objects requested, including but not limited to the papers, instruments, writings, and documents herein, are all tangible objects obtained from **JOSEPH ROY GOMEZ** and others by seizure.

2. These objects are discoverable since the Government relied upon them in obtaining an indictment against **JOSEPH ROY GOMEZ**, and, they are, of necessity, "material" to the cause and the preparation of an adequate defense. *United States v. Pascual*, 606 F.2d 561, 565-566 (5th Cir. 1979); *United States v. Lambert*, 580 F.2d 740, 744 n.4 (5th Cir. 1978).

3. Additionally, Defendant seeks discovery of all audio and video recordings relevant to this action and this defendant.

D. STATEMENTS OF CO-DEFENDANTS (or Un-Named Co-Participants)

1. The statements of co-defendants, even if not named in the same indictment, are discoverable according to Rule 16(a)(1)(C), Fed. R. Crim. P.; Wright, Federal Practice and Procedure, Criminal Section 254; *United States v. Percevault*, 490 F.2d 126, 130-132 (2d Cir. 1974); *United States v. McMillen*, 489 F.2d 229, 230-232 (7th Cir. 1972).

2. Production of a co-defendant's statement is important not only to adequately prepare a defense and to determine whether or not to advise **JOSEPH ROY GOMEZ** to take the stand but also is critical to the determination of whether or not to seek a plea.

E. CRIMINAL RECORDS OF GOVERNMENT WITNESSES

1. The arrest and conviction records, or "rap sheets," of individuals the Government plans to call as witnesses should be discoverable according to Rule 16(a)(1)(B), (C), Fed. R. Crim. P.

2. This information is critically important information for meaningful cross-examination by **JOSEPH ROY GOMEZ'S** counsel. And **JOSEPH ROY GOMEZ**, unlike the Federal Government with its vast data storage and investigative facilities, is at a substantial disadvantage without such information. Wright, Federal Practice and Procedure, Criminal, § 254 at 91-92, (noting that defense counsel is at a "substantial disadvantage" without the criminal records of Government witnesses in advance of trial).

3. In *United States v. Auten*, 632 F.2d 478 (5th Cir. 1980) the criminal record of a key Government witness was ordered disclosed by the Fifth Circuit Court of Appeals because it was determined to be of value in impeaching that witness' credibility, and favorable to the defendant.

F. IDENTITY OF INFORMER, if any

1. The name, identity, and whereabouts of an informer who gave information leading to the arrest of **JOSEPH ROY GOMEZ**, as well as information as to whether said informer was paid by the Government for such information, is discoverable according to Rule 16(a)(1)(C), Fed. R. Crim. P., where the said informant is a witness to or has knowledge of facts relevant to the case. *United States v. Barnes*, 486 F.2d 776 (8th Cir. 1973); *Roviaro v. United States*, 353 U.S. 53, 64, 77 S. Ct. 623, 629 (1957); *United States v. Nixon*, 777 F.2d 958, 19 Fed. R. Evid. Serv. 932 (5th Cir. 1985); *United States v. Fischel*, 686 F.2d 1082 (5th Cir. 1982).

G. EXAMINATIONS, TESTS, AND EXPERIMENTS

1. Discovery of the examinations, tests, and experiments requested herein is authorized by Rule 16(a)(1)(D), Fed. R. Crim. P. No specific showing of materiality or reasonableness is required under the mandatory provisions of Rule 16(a), *United States v. Hughes*, 413 F.2d 1244, 1250 (5th Cir. 1969), *cert. granted*,

396 U.S. 984, 90 S. Ct. 479 (1969) and judgment vacated as moot, 397 U.S. 93, 90 S. Ct. 817 (1970).

H. TRANSCRIPTS OF GRAND JURY TESTIMONY
(See also separate Motion as to Grand Jury testimony)

 1. The transcript(s) of the testimony of individuals who testified before the Grand Jury in this case, which are requested herein are discoverable according to Rule 16(a)(1)(C), Fed. R. Crim. P., since such transcripts are "documents" under the rule. *United States v. Hughes*, 413 F.2d at 1255-57.

2. Discovery of recorded testimony of witnesses other than **JOSEPH ROY GOMEZ** may be discoverable according to Rule 6(e), Fed. R. Crim. P., which provides for pre-trial discovery of such Grand Jury testimony. *Dennis v. United States*, 384 U.S. 855, 86 S. Ct. 1840 (1966).

3. Grand Jury testimony should be disclosed any time the Government demonstrates no need for secrecy, *Nolan v. United States*, 395 F.2d 283, 286 (5th Cir. 1968), and the defense shows a semblance of need (e.g. where said Grand Jury witnesses are individuals the Government intends to call at trial). *Allen v. United States*, 390 F.2d 476 (D.C. Cir. 1968), opinion supplemented 404 F.2d 1335 (D.C. Cir. 1968); *United States v. Bright*, 630 F.2d 804, 6 Fed. R. Evid. Serv. 550 (5th Cir. 1980).

4. Where, as here, the Government's case may depend upon oral, unrecorded statements of **JOSEPH ROY GOMEZ** or alleged co-conspirators, any of the

Grand Jury testimony regarding the substance of those statements is necessary to adequately prepare a defense and disclosure should be required before trial. Where the question of guilt or innocence may turn on exactly what was said, the defense is entitled to all relevant aid that is reasonably available to ascertain the precise substance of the statements. *Dennis v. United States*, 384 U.S. at 872-873, 86 S.Ct. at 1850-51.

## I. PROMISES TO CO-DEFENDANTS OR UNINDICTED CO-CONSPIRATORS OR OTHER WITNESSES

1. The evidence of any representations which have been made by the Government or which the Government will make at any future time is discoverable according to the Due Process Clause of the Fifth and Fourteenth Amendments to the Constitution, and the withholding of any such evidence constitutes a denial of due process and fundamental fairness. *Giglio v. United States*, 405 U.S. 150, 92 S. Ct. 763 (1972). Such evidence is not only exculpatory in the sense that it is legitimate grounds for impeachment of any witnesses the Government may call to testify against the Defendants, *Williams v. Dutton*, 400 F.2d at 800 (impeachment evidence is exculpatory evidence discoverable under Brady), but also is discoverable by Defendant to show such witnesses' bias or prejudice in testifying at such trial. *Davis v. Alaska*, 415 U.S. 308, 94 S. Ct. 1105 (1974).

## PRAYER

WHEREFORE, Defendant **JOSEPH ROY GOMEZ** respectfully moves this Honorable Court to Order the production of the above-described papers, documents, and information now in the possession of the Government or which through reasonable diligence could be obtained or located, and for such other and further relief as this Honorable Court should deem just and proper. Unless Defendant is provided the records and information herein requested, he will be deprived of his rights of due process and equal protection of the law and effective assistance of counsel, all guaranteed by the United States Constitution and further embodied in the F.R.Cr.P.

Respectfully submitted,

*/s/ Michael M. Essmyer, Sr.*
MICHAEL M. ESSMYER, SR.
SBN: 06672400
The Essmyer Law Firm
6602 Westview Dr.
Houston, Texas 77055
(713)898-1320 Cell
(713)869-1155 Telephone
(713)869-8659 Facsimile
messmyer@essmyerlaw.com
**Attorneys for Defendant**
**JOSEPH ROY GOMEZ**

## CERTIFICATE OF CONFERENCE

I, the undersigned, hereby certify that I have communicated with the Government regarding this motion on October 12, 2023; the Government is opposed as to Section F and Section H as written.

*/s/ Michael M. Essmyer, Sr.*
Michael M. Essmyer, Sr.


## **CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this instrument via the USDC Southern District's CM/ECF system per the Local Rules on this the 12th day of October 2023.

*/s/ Michael M. Essmyer, Sr*.
Michael M. Essmyer, Sr.

MOTION FOR DISCOVERY - PAGE 9